PER CURIAM.
Affirmed. See State v. Roby, 246 So.2d 566 (Fla.1971); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Lopez v. State, 833 So.2d 283 (Fla. 5th DCA 2002); Roberts v. State, 813 So.2d 1016 (Fla. 1st DCA 2002); Freeny v. State, 621 So.2d 505 (Fla. 5th DCA 1993).
CRENSHAW, BLACK, and SLEET, JJ., Concur.